IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Faulkner, Larry E

Printed: 11/20/07

Case Number: 06 B 07912
Judge: Squires, John H

Filed: 7/6/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 22, 2006
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,662.84 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 1,662.84 |
| Totals: | 1,662.84 | 1,662.84 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Deutsche Bank National | Secured | 0.00 | 0.00 |
| 2. | Option One Mortgage Corp | Secured | 2,500.00 | 0.00 |
| 3. | Deutsche Bank National | Secured | 17,475.13 | 0.00 |
| 4. | B-Real LLC | Unsecured | 838.78 | 0.00 |
| 5. | Capital One | Unsecured | 906.76 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 3,489.79 | 0.00 |
| 7. | CitiFinancial Auto Credit Inc | Unsecured | 0.00 | 0.00 |
| 8. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 25,210.46 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley*
_____